STATE OF VERMONT

| SUPERIOR COURT | CIVIL DIVISION |
|---|---|
| Windham Unit | Docket No. 59-2-16 Wmcv |

Waxman vs. Volkswagen Group of America, et al

## ENTRY REGARDING MOTION

Count 1, Fraud or Non-Disclosure (59-2-16 Wmcv)
Count 2, Fraud or Non-Disclosure (59-2-16 Wmcv)

Title: Motion for Removal to the US District Court (Motion 1)
Filer: Volkswagen Group of America,
Attorney: Christopher D. Ekman
Filed Date: March 7, 2016

No response filed

**The motion is GRANTED.**
This case will be closed unless referred back by the US District court.
So ordered.

Electronically signed on March 11, 2016 at 05:53 PM pursuant to V.R.E.F. 7(d).

_____
Michael R. Kainen
Superior Court Judge

Notifications:
David N. Dunn (ERN 1411), Attorney for Plaintiff Rebecca Waxman
Christopher D. Ekman (ERN 1266), Attorney for Defendant Volkswagen Group of America,
~~Defendant Volkswagen Aktiengesellschaft~~

RECEIVED
U.S. DISTRICT COURT
MAR 17 2016
2:16-cv-57
RUTLAND, VT

FILED
MAR 15 2016
Vermont Superior Court
Windham Unit